UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN)

| | |
|---|---|
| **DIRECTV, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Daniel Transue** )<br>)<br>Defendant )<br>_____) | Case No.: **03-30287 KPN**<br><br>**MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO F.R.C.P. 4 (n)** |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order extending the time to make service upon the defendant pursuant to Federal Rule Civil Procedure 4 (m) by an additional 60 days. The Plaintiff asserts that there is good cause for the failure to make service or to certify the service has been made to date in that:

1. This complaint was filed on or about December 1, 2003.

2. Summons was issued dated December 1, 2003.

3. Documents for service were sent to a sheriff on or about to February 16, 2004;

4. The sheriff contacted the Plaintiff's counsel on or about February 25, 2004 to notify that all documents would be sent back as the Defendant could not be found in that county;

5. The Defendant was located in another state by a private investigator on or about March 5, 2004;

6. Documents for service were sent to a sheriff on or about to March 11, 2004;

7. Plaintiff's counsel contacted the Sheriff to verify service on or about March 26, 2004;

8. The Plaintiff needs additional time to effectuate service.

In further support of this motion the Plaintiff:

9. Offers the affidavit of Attorney John M. McLaughlin; and

10. States that the affidavit contains factual assertions giving rise to good cause to extend the subject time by 60 days.

3/26/04
Date

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865