UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-30287 KPN** |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF JOHN M.** |
| ) | **MCLAUGHLIN IN SUPPORT OF THE** |
| vs. ) | **MOTION TO EXTEND TIME FOR** |
| ) | **SERVICE PURSUANT TO F.R.C.P. 4 (m)** |
| **Daniel Transue** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about December 1, 2003.

2. Summons was issued dated December 1, 2003.

3. Documents for service were sent to a sheriff on or about to February 16, 2004;

4. The sheriff contacted the Plaintiff's counsel on or about February 25, 2004 to notify that all documents would be sent back as the Defendant could not be found in that county;

5. The Defendant was located in another state by a private investigator on or about March 5, 2004;

6. Documents for service were sent to a sheriff on or about to March 11, 2004;

7. Plaintiff's counsel contacted the Sheriff to verify service on or about March 26, 2004;

8. The Plaintiff needs more time to effectuate service on the Defendant.

Subscribed and sworn to, under the pains and penalties of perjury, this 23rd day of March 2004.

_____
John M. McLaughlin

# CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of _____, 2003, a copy of the foregoing Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) and Affidavit Of John M. McLaughlin In Support Of The Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) was mailed first class to:

Daniel Transue
2115 Barnegat Blvd.
Point Pleasant Beach, NJ 08742

_____
John M. McLaughlin, Esq.