AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Daniel Transue

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30287-KPN

FILED
CLERK'S OFFICE
2004 APR -6 A 9:29
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Daniel Transue
229 Ramblewood Drive
Springfield, MA 01118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

December 1, 2003
DATE

Mary Finn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ Signature of Server

______ Address of Server

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 25, 2004

By virtue of this writ I have made diligent search for the within-named DANIEL TRANSUE and for his/her/its last and usual place of abode, 229 RAMBLEWOOD DRIVE, SPRINGFIELD, MA 01118 and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Conveyance ($2.10), Travel ($4.48), DILIGENT SEARCH ($4.00), Mailing1 ($1.00) Total Charges $11.58

DEFENDANT MOVED TO NEW JERSEY.

Deputy Sheriff MICHAEL POWERS

Deputy Sheriff

[illegible]

S/o CHARLES Gemen #45

[illegible]

[illegible] MA [illegible]

[illegible] UNITED STATES DISTRICT COURT [illegible]

[illegible] STATE: MA [illegible]

[illegible] 1 95

ADDRESS [illegible]

SUMMONS AND COMPLAINT [illegible]

[illegible] DATE: 3 - 29 - 04
TIME: 12 : 45 pm

[illegible]

[ ] [illegible] PERSONALLY [illegible]
[✓] [illegible]
[illegible] 1

PERSON SERVED: CHRISTENE TRANSUE

[illegible] MILITARY [✓] [illegible]

SEX: [ ] MALE [✓] FEMALE
[illegible] [✓] [illegible] [ ] BROWN [ ] RED
HEIGHT: [ ] UNDER 5 FEET [ ] [illegible] [✓] [illegible] [ ] OVER 6'1
WEIGHT: [ ] UNDER 100 LBS [✓] 100-130 LBS [ ] [illegible] [ ] OVER [illegible]
HAIR: [ ] BLACK [✓] BROWN [ ] BLOND [ ] GRAY [ ] [illegible]
AGE: [ ] [illegible] [✓] [illegible] [ ] [illegible]-50 [ ] [illegible] [ ] OVER [illegible]

SWORN TO AND SUBSCRIBED [illegible]
ON 3/30/04

KIMBERLY A. BOCKIN
Notary Public of New Jersey
My Commission Expires March 31, 2005

S/o Charles Gomen #45
SIGNATURE
[illegible]