UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,                   )
            Plaintiff   )
                               )
    v.                        )   Civil Action No. 03cv30287-KPN
                               )
DANIEL TRANSUE, et al.,    )
           Defendants )

ORDER
April 30, 2004

     Plaintiff filed a complaint in the U.S. District Court on December 1, 2003. A return of service was filed on April 6, 2004, with a responsive pleading due by March 16, 2004. As of this date, no answer has been filed.

     Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on May 21, 2004. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge

                    By:   /s/ Bethaney A. Healy
                              Bethaney A. Healy
                              Deputy Clerk