UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,           )
       Plaintiff        )
                        )
   v.                    )    Civil Action No. 03-30287-KPN
                        )
DANIEL TRANSUE, et al., )
       Defendants   )

## ORDER OF DISMISSAL
June 9, 2004

NEIMAN, U.S.M.J.

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on  April 30, 2004  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                           By the Court,

                           /s/ Bethaney A. Healy
                           Deputy Clerk